[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 1, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-16443
Non-Argument Calendar

_____

D. C. Docket No. 05-00030-MC-17-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL S. FLANAGAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 1, 2006)

Before TJOFLAT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed counsel for Michael S. Flanagan in his direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Flanagan's conviction and sentence are **AFFIRMED**.